IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ARIAS, on behalf of himself and all other similarly situated employees, known and unknown, ) ) ) ) Plaintiff, ) ) v. ) ) THE FIFTY/50 MANAGEMENT GROUP, INC. ) f/k/a Fifty/50 Management Group, Inc., an Illinois ) Corporation, BRAVO TAPAS & LOUNGE, INC., ) an Illinois Corporation, FIFTY/50 LLC, an Illinois ) limited liability company, SCOTT A. WEINER, ) individually, and GREGORY R. MOHR, ) individually, ) ) Defendants. ) | Case No.: 16-cv-09528  Judge Ellis  Magistrate Judge Cox |

**JOINT MOTION FOR COURT
APPROVAL OF SETTLEMENT AND DISMISSAL OF COMPLAINT**

NOW COMES Defendants, **The Fifty/50 Management Group, Inc, Bravo Tapas & Lounge, Inc., Fifty/50 LLC, Scott A. Weiner, and Gregory R. Mohr** (hereinafter referred to as "Defendants") and Plaintiff **Luis Arias** (hereinafter referred to as "Plaintiff") (collectively "the Parties"), by and through their respective attorneys, jointly move for the Court to approve the settlement entered between the Parties. In support of the motion, the Parties state as follows:

1. Plaintiff filed a complaint against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), Illinois Minimum Wage Law ("IMWL"), and Chicago Minimum Wage Ordinance ("CMWO").

2. Following negotiations between counsel for Defendants and counsel for Plaintiff, the Parties have reached a mutually satisfactory settlement.

3. When an employee asserts a claim against his employer or former employer for wages under the FLSA or IMWL, any settlement of that claim requires a court to review the settlement for fairness. *O'Brien v. Encotech Const. Services,* 183 F. Supp. 2d 1047 (N.D. Ill. 2002); *Lewis v. Giordano's Enterprises, Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009).

4. Submitted herewith for *in camera* inspection by the Court is the Settlement Agreement and General Release entered into between Defendants and Plaintiff.

5. The Parties request the Court approve the Settlement Agreement because it is a fair and reasonable resolution of bona fide disputes over wages, attorney fees, and penalties under the FLSA and IMWL.

6. Upon approval of the Settlement Agreement, the Parties further request that this Court enter the order attached as **Exhibit A** (and also electronically submitted to the proposed order inbox).

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA and IMWL and that this Court enter the order attached as **Exhibit A**.

By: /s/Paul Luka  
One of Plaintiff's Attorneys

By: /s/ Jeffrey L. Rudd (by permission)  
One of Defendants' Attorneys

Paul Luka  
Law Office of Paul Luka, P.C.  
120 S. State Street, Suite 400  
Chicago, IL 60603  
(312) 971-7309

Kathryn Montgomery Moran  
Jeffrey L. Rudd  
Jackson Lewis P.C.  
150 N. Michigan Avenue, Suite 2500  
Chicago, IL 60601

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ARIAS, on behalf of himself and all other similarly situated employees, known and unknown, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE FIFTY/50 MANAGEMENT GROUP, INC. )<br>f/k/a Fifty/50 Management Group, Inc., an Illinois )<br>Corporation, BRAVO TAPAS & LOUNGE, INC., )<br>an Illinois Corporation, FIFTY/50 LLC, an Illinois )<br>limited liability company, SCOTT A. WEINER, )<br>individually, and GREGORY R. MOHR, )<br>individually, )<br>)<br>Defendants. ) | Case No.: 16-cv-09528 |

**ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL**

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion for Court Approval of Settlement.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and Illinois Minimum Wage Law.

3. This case is hereby dismissed without prejudice, with leave to reinstate however for the sole purpose of allowing this Court to enforce the terms of the parties' settlement agreement.

4. If a motion to reinstate (or to extend the period in which a motion to reinstate must be filed) is not filed within 21 days of the date on which this case is dismissed without prejudice then, without further action by the Court, the dismissal of this case without prejudice shall automatically convert to a **dismissal with prejudice** with each party to bear his or its own attorneys' fees and costs except as otherwise agreed.

**DONE AND ORDERED** this ____ day of _____.

_____.
Hon. Sara L. Ellis
United States District Judge