IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ARIAS, on behalf of himself and all other similarly situated employees, known and unknown, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 16-cv-09528 |
| | ) |
| THE FIFTY/50 MANAGEMENT GROUP, INC. f/k/a Fifty/50 Management Group, Inc., an Illinois Corporation, BRAVO TAPAS & LOUNGE, INC., an Illinois Corporation, FIFTY/50 LLC, an Illinois limited liability company, SCOTT A. WEINER, individually, and GREGORY R. MOHR, individually, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL**

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion for Court Approval of Settlement.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and Illinois Minimum Wage Law.

3. This case is hereby dismissed without prejudice, with leave to reinstate however for the sole purpose of allowing this Court to enforce the terms of the parties' settlement agreement.

4. If a motion to reinstate (or to extend the period in which a motion to reinstate must be filed) is not filed within 21 days of the date on which this case is dismissed without prejudice then, without further action by the Court, the dismissal of this case without prejudice shall automatically convert to a **dismissal with prejudice** with each party to bear his or its own attorneys' fees and costs except as otherwise agreed.

**DONE AND ORDERED** this 28th day of February.

_____.
Hon. Sara L. Ellis
United States District Judge